**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>COURTNEY JOHNSON,<br>Defendant. | No. 3:26-po-0108-DMC-1 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>COURTNEY JOHNSON,<br>Defendant. | No. 3:26-po-0109-DMC-1<br><br>ORDER |

Pending before the Court are both above-captioned matters are the Government's motions to dismiss the violation notices pursuant to Federal Rule of Criminal Procedure 48. See ECF No. 10 in case no. 2:26-09-0108-DMC-1 and ECF No. 8 in case no. 2:26-po-0109-DMC-1. Also before the Court in case no. 2:26-po-0108-DMC-1 are Defendant's motion to dismiss, see

/ / /

/ / /

ECF No. 5, and Defendant's motion for return of property, <u>see</u> ECF No. 6.[1] Good cause appearing therefor, the Government's motions will be granted. Defendant's motions to dismiss will be denied as moot. Defendant's motion for return of property will also be granted and the Court will order the return of any property seized in either case to Defendant.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Government's motions to dismiss, ECF No. 10 in case no. 2:26-09-0108-DMC-1 and ECF No. 8 in case no. 2:26-po-0109-DMC-1, are granted and these actions are dismissed pursuant to Federal Rule of Criminal Procedure 48.

2. Defendant's motion to dismiss, ECF No. 5 in case no. 3:26-po-0108-DMC-1, is denied as moot.

3. Defendant's motion for return of property, ECF No. 6 in case no. 3:26-po-0108-DMC-1, which is deemed filed in both dockets, is granted.

4. Within 30 days of the date of this order, the Government shall return to Defendant any and all materials seized as a result of any search warrants executed in either case.

5. The Clerk of the Court is directed to close both files.

Dated: July 22, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[1] While Defendant's motion indicate both case numbers in the caption, the motions were not filed separately in case no 3:26-po-0109-DMC-1.